[No. 44763-1-II.   Division Two.   February 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LARONZO DESHON MURPHY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01393-4, Daniel L. Stahnke, J., entered April 12, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[Nos. 44789-4-II; 44792-4-II.   Division Two.   February 3, 2015.]

THE STATE OF WASHINGTON, *Appellant*, v. BRYAN ANAYA-DEGANTE, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. WILIBALDO HERRERA-IBARRA, *Respondent*.

Appeals from judgments of the Superior Court for Clark County, No. 13-1-00040-7, Robert A. Lewis, J., entered March 28, 2013. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 44801-7-II.   Division Two.   February 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN ALLEN FORSMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00566-6, Gerald T. Costello, J., entered April 19, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Maxa, J.